# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20543
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 21, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAVID PONCE-GUZMAN,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-664-1

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, David Ponce-Guzman raises an argument that is foreclosed by *United States v. Torres-Jaime*, 821 F.3d 577 (5th Cir. 2016), *petition for cert. filed* (Sept. 1, 2016) (No. 16-5853).  In *Torres-Jaime*, we held that a Georgia conviction for aggravated assault qualifies as a crime of violence under U.S.S.G § 2L1.2 (2014).  *Torres-Jaime*, 821 F.3d at 580-85.  Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.